424 A.2d 553

Commonwealth v. Jeffers, Appellant.

Submitted September 13, 1979.  George P. Stahl, Jr., for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

424 A.2d 554

Commonwealth v. Minner, Appellant.

Submitted June 17, 1977.  Eugene E. Kellis, for appellant;  Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT, and SPAETH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

JACOBS and VAN der VOORT, JJ., did not participate in the consideration or decision of this case.